IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHAD HEINLEIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF ALTON, ILLINOIS )<br>A Municipal Corporation; and in their )<br>Individual and Official Capacities, The City )<br>Of Alton Police Chief DAVID HAYES, )<br>Alton Police Officer SETH STINNETT, )<br>Alton Police Officer MICHAEL BEABER, )<br>Alton Police Officer STEPHEN JANUARY,)<br>Alton Police Officer, PETER )<br>VAMBAKETES, Alton Police Officer )<br>WILLIAM REED, and other unknown Alton)<br>Illinois Police Officers )<br>Defendants. ) | 13 CV 512-MJR/PMF |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO**

**FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, without prejudice, against all defendants, City of Alton, et.al., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

S:/Robert Bas
Electronic Signature for Robert Bas


S:/Charles Pierce
Electronic Signature for Charles Pierce, by consent

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2013, I electronically filed Stipulation of Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) on behalf of the Plaintiff, Chad Heinlein, with the Clerk of Court using CM/ECF system which will send notification of such filing(s) to the following:

Mr. Charles A. Pierce
Pierce Law Firm, P.C.
# 3 Executive Woods Court, Ste. 200
Belleville, IL 62226

          Respectfully submitted,

          s:/ROBERT D. BAS
          Robert Bas, No. 6282479
          Attorney for Plaintiff
          315 N. Main Street, Suite 3
          Edwardsville, IL 62025
          PH: 618-656-6287
          FAX: 618-656-0991
          Email: baslawoffice@gmail.com